144 A.3d 1254

IN THE MATTER OF NICOLE L. PERSKIE, AN ATTORNEY
AT LAW (ATTORNEY NO. 008172009)

September 21, 2016

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20-3(g) (4) and *Rule* 1:20-11, seeking the immediate temporary suspension of **NICOLE L. PERSKIE** of **SOMERS POINT,** who was admitted to the bar of this State in 2013, and good cause appearing;

It is ORDERED that **NICOLE L. PERSKIE** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **NICOLE L. PERSKIE** be restrained and enjoined from practicing law during the period of her suspension; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **NICOLE L. PERSKIE**

pursuant to *Rule* 1:21-6 shall be restrained from disbursement expect on application to this Court for good cause shown, pending the further Order of this Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **NICOLE. L. PERSKIE** comply with *Rule* 1:20-20 dealing with suspended attorneys.